Maas, Mag

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANYA YOUNGBLOOD, JEAN SAMUEL and BEVIS THOMAS, on behalf of themselves and all others similarly situated<br>　　　　Plaintiffs,<br><br>v.<br><br>FAMILY DOLLAR STORES, INC., FAMILY DOLLAR, INC., FAMILY DOLLAR STORES OF NEW YORK, INC., AND DOES 1 through 10, inclusive,<br>　　　　Defendants.<br><br>and<br><br>ANTHONY RANCHARAN, individually and on behalf of all others similarly situated<br>　　　　Plaintiffs,<br><br>v.<br><br>FAMILY DOLLAR STORES, INC.,<br>　　　　Defendant. | Case No. 09-cv-3176 (RMB/FM)<br><br>**ORIGINAL**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3/27/12<br><br><br><br>Case No. 10-cv-07580 (RMB/FM)<br><br>STIPULATION AND ORDER RE EXPERT DISCOVERY AND DISCLOSURE |

The parties have conferred over the topic of expert discovery and have reached agreement, and hereby request that the Court enter an order confirming

their agreement. In particular, the parties agree to reschedule the deposition of plaintiffs' expert witness, David L. Crawford, from March 1, 2012, in Philadelphia, Pennsylvania, as previously stipulated by the parties, to April 25, 2012, in Washington, D.C. The parties further agree that defendant will have until May 3, 2012 to provide any report from a rebuttal expert witness and that plaintiffs will then have an opportunity to provide a reply report by May 10. The parties will complete all expert witness discovery by May 21, 2012.

Dated: March 22, 2012

New York, New York

Respectfully submitted,

By: _____
Gary D. Shapiro
Littler Mendelson, P.C.
900 Third Avenue, 8th Floor
New York, New York 10022
(212) 583-9600 (telephone)
(212) 832-2719 (facsimile)

John A. Ybarra
Littler Mendelson, P.C.
321 North Clark Street, Suite 1000
Chicago, Illinois 60654
(312) 372-5520 (telephone)
(312) 372-7880 (facsimile)

Joel M. Cohn (*pro hac vice*)
Elizabeth A. Cyr (*pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
(202) 887-4000 (telephone)
(202) 887-4288 (facsimile)

Lauren H. Leyden (LL-0937)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (telephone)
(212) 872-1002 (facsimile)

Attorneys for Defendants Family Dollar
Stores, Inc., Family Dollar Inc., Family
Dollar Stores of New York, Inc., et. al.

By: /s/ David A. Roth
Seth R. Lesser
Fran L. Rudich
Michael J. Palitz
Klafter Olsen & Lesser LLP
Two International Drive, Suite 350
Rye Brook, New York 10573
(914) 934-9200 (telephone)
(914) 934-9220 (facsimile)

Mark Hepworth
Charles Gershbaum
David A. Roth
Hepworth Gershbaum & Roth, PLLC
192 Lexington Avenue, Suite 802
New York, New York 10016
(212) 545-1199 (telephone)
(212) 532-3801(facsimile)

Joseph DePalma
Mayra V. Tarantino
Lite DePalma Greenberg
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000 (telephone)
(973) 623-0858 (facsimile)

Shawn Khorrami
Robert Drexler, Jr.


Khorrami Pollard & Abir, LLP
444 South Flower Sreet, 33rd Floor
Los Angeles, California 90071
(213) 596-6000 (telephone)
(213) 596-6010 (facsimile)

Attorneys for Plaintiffs

SO ORDERED.

Dated: New York, New York
       March 27, 2012

_____
Frank Maas
United States Magistrate Judge