

**RECEIVED**
AUG 31 2012
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/12

**Akin Gump**
Strauss Hauer & Feld LLP

JOEL M. COHN
+1 202.887.4065/fax: +1 202.887.4288
jcohn@akingump.com

August 31, 2012

**MEMO ENDORSED**

VIA FACSIMILE

The Honorable Richard Berman
United States District Court for the
 Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

>   Re: *Youngblood v. Family Dollar Stores, Inc.*, No. 09-cv-3176 (RMB/FM)
>       *Rancharan v. Family Dollar Stores, Inc.*, No. 10-cv-7580 (RMB/FM)

Dear Judge Berman:

The parties in the above referenced litigation have reached an agreement in principle to resolve the litigation. The parties will be working over the next several weeks to finalize the class action settlement agreement and supporting papers. For this reason, the parties do not believe that the status conference scheduled for 9 am Tuesday, September 4 remains necessary, and since it will avoid traveling for some of Family Dollar's attorneys over Labor Day, we respectfully request that the status conference be cancelled.

The September 4 conference is adjourned to September 11 at 10:30 a.m.

SO ORDERED:
Date: 8/31/12      /s/ Richard M. Berman
                   Richard M. Berman, U.S.D.J.

Very truly yours,

/s/ Joel M. Cohn
Joel M. Cohn
Counsel for Family Dollar Stores

Robert S. Strauss Building / 1333 New Hampshire Avenue, N.W. / Washington, D.C. 20036-1564 / 202.887.4000 / fax: 202.887.4288 / akingump.com



**Akin Gump**
Strauss Hauer & Feld LLP

Hon. Richard M. Berman
August 31, 2012
Page 2


cc:   David Roth
      Marc Hepworth
      Charles Gershbaum
      Joseph DePalma
      Mayra Tarantino
      Fran Rudich
      Seth Lesser
      Michael Palitz